AO 450 (Rev. 11/11)  Judgment in a Civil Action

# UNITED STATES DISTRICT COURT
### for the
Eastern District of Washington

FILED IN THE
U.S. DISTRICT COURT
EASTERN DISTRICT OF WASHINGTON

**Jul 23, 2026**

SEAN F. McAVOY, CLERK

VERNELL JOE PETRY

*Plaintiff*

v.

DEPARTMENT OF CORRECTIONS, DERRON JENKINS and JEREMEY WILSON,

*Defendant*

)
)
)
)
)
)

Civil Action No.   2:26-cv-177-EFS

## JUDGMENT IN A CIVIL ACTION

The court has ordered that *(check one)*:

☐   the plaintiff *(name)* _____ recover from the defendant *(name)* _____ the amount of _____ dollars ($ _____ ), which includes prejudgment interest at the rate of _____ %, plus post judgment interest at the rate of _____ % per annum, along with costs.

☐   the plaintiff recover nothing, the action be dismissed on the merits, and the defendant *(name)* _____ recover costs from the plaintiff *(name)* _____ .

☑   other:   The operative complaint (ECF No. 7) is DISMISSED WITH PREJUDICE.

This action was *(check one)*:

☐   tried by a jury with Judge _____ presiding, and the jury has rendered a verdict.

☐   tried by Judge _____ without a jury and the above decision was reached.

☑   decided by Judge   EDWARD F. SHEA

Date:   7/23/2026

*CLERK OF COURT*

s/Sean F. McAvoy

*Signature of Clerk*